IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE CO., As subrogee of Tricia Veach,<br><br>        Plaintiffs,<br><br>vs.<br><br>LOWES COMPANIES, INC. a/k/a LOWES HOME CENTERS, INC. and NEW WIDETECH INDUSTRIES, CO., LTD.,<br><br>        Defendants. | Case No. 1:20-cv-02724 |

**NOTICE OF REMOVAL**

Now comes Defendant, Lowe's Home Centers, LLC (improperly named Lowes Companies, Inc.) a/k/a Lowe's Home Centers, Inc. ("Lowe's"), by counsel and pursuant to 28 U.S.C. §1441, 28 U.S.C. §1446 and 28 U.S.C. §1332, hereby files its Notice of Removal of cause to the United States District Court for the Southern District of Indiana, Indianapolis Division, from the Hendricks County Superior Court, Danville, Indiana, and respectfully states:

      1.    On September 9, 2020, Plaintiff Allstate Vehicle & Property Insurance Co., as subrogee of Tricia Veach, ("Plaintiff") commenced this action against Defendants by filing its Complaint in Cause No. 32D04-2007-CT-000122 in the Superior Court of Hendricks County, Indiana alleging that Defendants failed to properly to inspect and test the dehumidifier to ensure against a fire hazard and failed to properly inspect and test the dehumidifier to ensure that it was safe and not unreasonably dangerous when used to reduce humidity in a residential setting. Therefore, resulting in significant smoke, fire related property damage and payment amounts in excess of $246,000.

2. Lowe's accepted service of the Summons and Complaint on or about September 21, 2020.

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings and orders served upon Lowe's in the State Court Action are attached hereto as **Exhibit A**.

4. Plaintiff is seeking damages in excess of $246,000 therefore meeting the jurisdictional threshold under 28 U.S.C. § 1446(a).

5. This action involves a controversy between citizens of different states: (a) The Plaintiff Allstate Vehicle and Property Insurance Company, citizen of Delaware. It is a wholly owned subsidiary of Allstate Insurance Holdings, LLC, a Delaware limited liability company and a wholly owned subsidiary of The Allstate Corporation, also a Delaware corporation, a citizen of Delaware. At the time of the commencement of this action Defendant Lowe's was not and is not a citizen of the State of Indiana, being a limited liability company organized and existing under the laws of the State of North Carolina, with its principal place of business in North Carolina. Lowe's Home Centers, LLC is a manager-managed LLC with a single member, Lowe's Companies, Inc. Lowe's Company, Inc. is a North Carolina foreign corporation with its principal place of business in North Carolina. Additionally, Defendant New Widetech is a foreign entity with its principal place of business located at Section B, 34 FL. No. 16-1, Xinzhan Rd., Banqiao Dist., New Taipei City 220, Taiwan (R.O.C.) Post Code 22041. New Widetech, as a Taiwanese corporation, most closely resembles the American business form corporation and is therefore a citizen of Taiwan.

6. A review of the state court docket reveals Defendant New Widetech has not entered an appearance and it does not indicate that service has been effectuated.

7. That this action is one which the District Court of the United States has been given original jurisdiction pursuant to 28 U.S.C. §1332.

8. As required by 28 U.S.C. § 1446(b), this Notice of Removal is being filed within 30 days after Defendant's receipt of information advising that the claim meets the jurisdictional requirements.

9. Pursuant to 28 U.S.C. § 1332(a), this Court has original jurisdiction over this civil action in that it involves a controversy between citizens of different states and the amount in controversy as alleged by Plaintiff based on information to date exceeds $246,000.00, exclusive of interest and costs. Thus, removal is proper in accordance with 28 U.S.C. § 1441(a).

10. Pursuant to 28 U.S.C. § 1446(d), Defendant is filing a Notice of Filing the Notice of Removal with the Clerk of the Superior Court of Hendricks County, Indiana contemporaneously with the filing of said Notice of Removal in this Court, giving notice to all parties and the State Court. A copy of the Notice of Filing the Notice of Removal (without its exhibits) is attached hereto as **Exhibit B**.

11. Lowe's has not filed any responsive pleadings in the State Court Action.

**WHEREFORE,** Lowe's Home Centers, LLC respectfully requests that this action proceed in the United States District Court for the Southern District of Indiana as a removed claim or cause of action under 28 U.S.C. §§, 1332, 1441 and 1446.

    Respectfully submitted,

    /s/ Pamela A. Paige
    Pamela A. Paige (#16163-49)
    PLUNKETT COONEY, P.C.
    300 North Meridian, Suite 990
    Indianapolis, Indiana 46204
    P: (317) 964-2730
    F: (317) 964-2744
    Email: ppaige@plunkettcooney.com
    *Counsel for Lowe's Companies, Inc. a/k/a Lowe's Home Centers, LLC*

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on October 21, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the CM/ECF System. Parties may access this filing through the Court's system:

Brad M. Gordon
GROTEFELD, HOFFMANN, GORDON, OCHOA
 & EVINGER, LLP
311 S. Wacker Drive, Suite 1500
Chicago, Illinois 60606
3212.551.0200
312.601.2402
bgordon@ghlaw-llp.com


               /s/ Pamela A. Paige
               Pamela A. Paige (16163-49)


PLUNKETT COONEY, P.C.
300 North Meridian, Suite 990
Indianapolis, Indiana 46204
P: (317) 964-2730
F: (317) 964-2744
Email: ppaige@plunkettcooney.com


Open.P1102.P1102.25137523-1