## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| **ALLSTATE VEHICLE AND PROPERTY INSURANCE CO.**, as subrogee of Tricia Veach | )<br>)<br>) |
| Plaintiffs, | ) Case No.: 1:20-cv-02724-JRS-MJD<br>)<br>) |
| vs. | ) JURY DEMAND<br>) |
| **LOWES COMPANIES, INC. a/k/a LOWES HOME CENTERS, INC. and NEW WIDETECH INDUSTRIES, CO., LTD.**, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter, having been settled in its entirety, is hereby Dismissed with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own costs.

Respectfully submitted,

*/s/ Brad M. Gordon*
Brad M. Gordon
GROTEFELD, HOFFMANN, GORDON, OCHOA & EVINGER, LLP
311 South Wacker Drive, Suite 1500
Chicago, IL 60606
Telephone: (312) 551-0200
Facsimile: (312) 601-2402
bgordon@ghlaw-llp.com
Indiana Bar No. 21913-45
*Attorneys for Allstate*

*/s/ Pamela A. Paige*
Pamela A. Paige, (16163-49)
PLUNKETT COONEY, P.C.
300 North Meridian, Suite 900
Indianapolis, IN 46204
Telephone: (317) 974-5744
Facsimile: (317) 964-2744
ppaige@plunkettcooney.com
*Attorneys for Lowe's*

2

## CERTIFICATE OF SERVICE

    I, Brad Gordon, hereby certify that on May 10, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties of record.

                                              */s/ Brad M. Gordon*