UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ALLSTATE VEHICLE AND PROPERTY INSURANCE CO., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:20-cv-02724-MJD-JRS ) |
| LOWES COMPANIES, INC., et al. | ) ) |
| Defendants. | ) ) |

**ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL**

The Court hereby acknowledges the parties' Joint Stipulation of Dismissal [Dkt. 31] dismissing, with prejudice, all claims against all parties, with each party to bear its own costs. The Clerk is directed to close this matter.

SO ORDERED.

Dated: 12 MAY 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.